BEFORE THE FIRST DIVISION, MARCH 30, 1965

No. 69197.—Max Factor & Company et al. v. United States, protests 63/19608, etc. (Los Angeles).

Opinon by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of canvas wig blocks the same in all material respects as those the subject of Abstract 68482, the claim of the plaintiffs was sustained.